**Monroe Roosevelt PARKER, Jr.; Gary P. Simmons, In the Matter of the Foreclosure of a Deed of Trust executed by Gary P. Simmons, dated April 14, 2000 recorded in Book 1021, Page 628, Pitt County Registry, H. Terry Hutchens, P.A., Substitute Trustee, Plaintiffs—Appellants,**

v.

**Debra L. MILLIGAN; H. Terry Hutchens; Randy Davis; Coldwell Banker Landmark Properties; Tina Lovelady; Penny Simpson; Nancy Boone; Prudential Prime Properties; Richard Lane; Branch Banking & Trust Company; Irene Faulkner; Annette W. Bourgeois; John H. Harmon; Mary Ann Fleming; Home Steps Asset Ser-**

vices, Evictions; State of North Carolina; Pitt County Sheriff Department; Charlene S. Corbett; Pitt County Superior Court Clerk's Office; Federal Home Loan Mortgage Corporation, Defendants—Appellees.

No. 04–1028.

United States Court of Appeals, Fourth Circuit.

Submitted: July 14, 2005.

Decided: July 21, 2005.

Monroe Roosevelt Parker, Jr., Gary P. Simmons, Appellants pro se. H. Terry Hutchens, Hutchens, Senter & Britton, Fayetteville, North Carolina; Wayne Shelton Boyette, Rountree & Boyette, L.L.P., Tarboro, North Carolina; Conrad E. Paysour, III, Mattox, Davis & Barnhill, Greenville, North Carolina; Danny Arthur Harrington, Harrington, Braddy & Romary, L.L.P., Greenville, North Carolina; Cheryl A. Marteney, Ward & Smith, P.A., New Bern, North Carolina, for Appellees.

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Monroe Roosevelt Parker, Jr., and Gary P. Simmons appeal the district court's order dismissing this civil action for lack of standing. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Parker v. Milligan,

Nos. CA–03–81–4–H; CA–03–454–5–H (E.D.N.C. Nov. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*